IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WALTER ANDERSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAX SCORE CREDIT, LLC, et al.,<br><br>    Defendants. | Civil Action No.: ADC-17-924 |

**ORDER**

Upon due consideration of the Joint Motion for Approval of FLSA Settlement, and for good cause showing, the Court hereby **GRANTS** the Motion and approves the settlement between the Parties based on the following findings:

1.  The Parties have provided the Court with sufficient information to conclude that Plaintiffs have been afforded complete relief on their Fair Labor Standards Act ("FLSA") claims for unpaid wages. Complete relief renders a case moot, as recently recognized in *Genesis Healthcare Corp. v. Symcyk*, 133 S. Ct. 1523 (2013). *See also Simmons v. United Mortgage and Loan Investment, LLC*, 634 F.3d 754 (4th Cir. 2011).

2.  In addition, the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Saman v. LBDP, Inc.*, 2013 WL 2949047, at * 3 (D. Md. June 13, 2013).

3.  The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

4.  The attorneys' fees and costs to be paid under the settlement agreement are separately stated and Plaintiffs' counsel has provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. Further, the amount for fees and costs bear a reasonable relationship to the amount being paid to Plaintiffs under the Agreement.

WHEREFORE, this Court hereby Orders that the Joint Motion be and is hereby **GRANTED**, and the Settlement is **APPROVED**.

Date: 30 November 2017

_____
Magistrate Judge A. David Copperthite
U.S. District Court for the District of Maryland